UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 09-11100-RWZ

GIANI VALENTINO

v.

ERIC K. SHINSEKI,
Secretary of the Department of Veterans Affairs


ORDER
September 13, 2010

ZOBEL, D.J.

On August 13, 2009, the court allowed defendant's motion to dismiss (Docket # 7) based on the parties' agreement that defendant would grant plaintiff the relief she had requested and the fact that both parties complied with the agreement. By a series of letters and motions plaintiff sought to reopen the case to delete any reference in the motion to defendant's "attempt to evict" plaintiff (Docket # 11). On July 28, 2010, defendant filed a joint motion on behalf of both parties to delete the offending wording in the motion to dismiss and for the case to remain dismissed (Docket # 16). The court allowed that motion together with plaintiff's "Addendum to Document 16" and denied the motion to reopen the case (Document # 19).

Plaintiff, apparently still unsatisfied, continues her efforts to fine tune the wording of her submission (Docket # 20), to seal additional documents because of their allegedly misleading language (Docket # 21) and to dismiss the case with prejudice (Docket # 22).

Enough is enough. This case was dismissed by agreement of the parties. The court declined to reopen it but allowed the parties' joint motion to accommodate plaintiff's concerns. Nothing more needs to be done and nothing more will be done to "correct" any papers previously filed.

The motions number 20, 21, and 22 are denied.

|  |  |
|---|---|
| September 13, 2010 | ./s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |